UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARLENE SITTINGUP,

          Plaintiff(s),
          (Petitioner)

V.

JO ANNE B. BARNHART, Commissioner of Social Security Administration, in Her Official Capacity,

          Defendant(s),
          (Respondent)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

E-filing

Case No. CV-05-3888-BZ

ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS

(✓) **IT IS ORDERED** that the application to proceed in forma pauperis is *GRANTED* and that the Clerk issue summons.

**IT IS FURTHER ORDERED** that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

( ) **IT IS ORDERED** that the application to proceed in forma pauperis is *DENIED*, and that the filing fee of $250.00 be paid no later than _____. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

( ) **IT IS ORDERED** that the application to proceed in forma pauperis is *DENIED* and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $ _____ by _____. Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated: 30 Sept 05

                                              UNITED STATES MAGISTRATE JUDGE

(Not to be used in HABEAS CORPUS cases)

NDC CSA-7