UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE SITTINGUP,<br><br>  Plaintiff(s),<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security Administration,<br><br>  Defendant(s). | No. C05-3888 BZ<br><br>**ORDER TO SHOW CAUSE** |

This complaint for judicial review for denial of SSI benefits was filed on September 26, 2005. A procedural order issued the next day required the plaintiff to file a motion for summary judgment or for remand within 30 days of service of defendant's answer. Defendant answered on January 5, 2006. Plaintiff has yet to file a motion. Plaintiff is therefore **ORDERED** to show cause in writing by **July 6, 2006** why this action should not be dismissed for failure to prosecute and for failure to comply with the court's scheduling order.

Dated:  June 22, 2006

                                    _____
                                        Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-BZCASES\SITTINGUP\ORDER.TO.SHOW.CAUSE.wpd

1