UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARLENE SITTINGUP, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C05-3888 BZ |
| | ) | |
| v. | ) | |
| | ) | **ORDER DISMISSING COMPLAINT** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant(s). | ) | |

On June 22, 2006, I ordered plaintiff to show cause in writing by July 6, 2006 why this action should not be dismissed for failure to prosecute and for failure to comply with the court's scheduling order.[1] The order to show cause resulted from plaintiff's failure to file a motion in this case pursuant to my scheduling order. Plaintiff has not responded to the order to show cause. Nor has plaintiff taken any action in this case since consenting to my jurisdiction in October 2005.

In light of plaintiff's apparent unwillingness to comply with court orders or to otherwise prosecute her case,

---

[1] All parties have consented, pursuant to 28 U.S.C. § 636(c), to magistrate judge jurisdiction in this matter.

1

dismissal is appropriate.

For these reasons, **IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

Dated:  July 17, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SITTINGUP\DISMISSAL.wpd

2